STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
RICHARD EARL SWIFT, DEFENDANT-PETITIONER.

*Mr. John A. Golden* for the petitioner.

*Mr. Vincent P. Keuper, Mr. Arnold B. Levin* and *Mr. Granville D. Magee* for the respondent.

June 3, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
FRANK CURTIS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

June 3, 1969. Denied.